IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gywnedd Club Condominium Association | : | Nos. 1628 & 1816 C.D. 2017 |
| | : | |
| v. | : | **CASES CONSOLIDATED** |
| | : | |
| Grace L. Dahlquist, | : | |
| Appellant | : | |

# **O R D E R**

NOW, June 3, 2019, having considered appellants' application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge